UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LEE FINLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DETTORO FERNANDO, et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01808-ART-NJK<br><br>**ORDER** |

According to the Clark County Detention Center ("CCDC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. Plaintiff shall file his updated address with this Court on or before **July 8, 2024**.

Accordingly, for the reasons stated above,

IT IS ORDERED that, Plaintiff shall file his updated address with the Court on or before **July 8, 2024**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

IT IS SO ORDERED.

DATED: June 6, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE